AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Ursula Izurieta and Karin Danza, on behalf of themselves and all other similarly situated individuals<br>*Plaintiff*<br>v.<br>Maxi-Aids, Inc. and Elliot Zaretsky, in his individual and professional capacities<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No.<br>CV 13-0108 |

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N Y
★ JAN 08 2013 ★
LONG ISLAND OFFICE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Elliot Zaretsky
        Maxi-Aids, Inc.
        42 Executive Boulevard
        Farmingdale, NY 11735

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Douglas H. Wigdor
        Lawrence M. Pearson
        Tanvir H. Rahman
        85 Fifth Avenue
        New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:    01/08/2013

                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Ursula Izurieta and Karin Danza, on behalf of themselves and all other similarly situated individuals | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| Maxi-Aids, Inc. and Elliot Zaretsky, in his individual and professional capacities | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Maxi-Aids, Inc.
        42 Executive Boulevard
        Farmingdale, NY 11735

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Douglas H. Wigdor
        Lawrence M. Pearson
        Tanvir H. Rahman
        85 Fifth Avenue
        New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    01/08/2013

                                                       *Signature of Clerk or Deputy Clerk*