UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 410
Melville, New York 11747
(631) 247-0404

ATTORNEYS OF RECORD:
    PAUL J. SIEGEL, ESQ.
    ANA C. SHIELDS, ESQ.

---------------------------------------------------------------X

URSULA IZURIETA and KARIN DANZA, on behalf of themselves and all other similarly situated individuals,

                Plaintiffs,

-against-

MAXI-AIDS, INC. and ELLIOT ZARETSKY, in his individual and professional capacities,

                Defendants.

---------------------------------------------------------------X

*VIA ECF*

Civil Action No. 13-CV-0108

Seybert, J.
Tomlinson, M.J.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned have been retained as attorneys for Defendants, MAXI-AIDS, INC. and ELLIOT ZARETSKY, in his individual and professional capacities, and demand that all papers in this action be served upon the undersigned at the office and post office address stated below. The attorney who should receive such service and notice is:

                Ana C. Shields, Esq.

Dated: Melville, New York
         January 28, 2013

                Yours, etc.

                JACKSON LEWIS LLP
                *ATTORNEYS FOR DEFENDANTS*
                58 South Service Road, Suite 410
                Melville, New York 11747
                (631) 247-0404

By: _____
      ANA C. SHIELDS, ESQ.

4813-0016-5138, v. 1