

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| ALBUQUERQUE, NM | GREENVILLE, SC | MORRISTOWN, NJ | PROVIDENCE, RI |
| ATLANTA, GA | HARTFORD, CT | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAINT LOUIS, MO |
| BOSTON, MA | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN DIEGO, CA |
| CHICAGO, IL | LONG ISLAND, NY | ORLANDO, FL | SAN FRANCISCO, CA |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | WASHINGTON, DC REGION |
| DENVER, CO | MILWAUKEE, WI | PORTLAND, OR | WHITE PLAINS, NY |

My Direct Dial is: (631) 247-4657
My Email Address is: shieldsa@jacksonlewis.com

January 28, 2013

**VIA ECF**

Hon. A. Kathleen Tomlinson
U.S. Magistrate Judge
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

        Re: *Ursula Izurieta, et al. v. Maxi-Aids, Inc., et al.*
            Case No.CV-13-0108

Dear Magistrate Judge Tomlinson:

      As counsel for Defendants, Maxi-Aids, Inc. and Elliot Zaretsky, we are writing pursuant to Rule 1(D) of Your Honor's individual practice rules and Rule 1(E) of Judge Seybert's individual practice rules to request an extension of time to answer, move or otherwise respond to Plaintiffs' Complaint up to and including March 1, 2013. The extension is necessary so that counsel for Defendants can complete their preliminary investigation of Plaintiffs' allegations. As demonstrated by the attached Stipulation, Plaintiffs' counsel does not object to this request. No prior request for an extension has been made.

      Thank you for your courtesy and cooperation in this regard.

                              Respectfully,

                              JACKSON LEWIS LLP

                              Ana C. Shields

ACS/pdm
Enclosure

cc:     Counsel for Plaintiffs, *via ECF*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

URSULA IZURIETA and KARIN DANZA,
on behalf of themselves and all other similarly
situated individuals,

                             Plaintiffs,

      v.

MAXI-AIDS, INC. and ELLIOT ZARETSKY,
in his individual and professional capacities,

                             Defendants.

----------------------------------------------------------------X

Civil Action No. 13-CV-0108(JS)(AKT)

**STIPULATION TO EXTEND TIME TO ANSWER**

      IT IS HEREBY STIPULATED BY AND BETWEEN Thompson Wigdor LLP, attorneys for Plaintiffs, and Jackson Lewis LLP, attorneys for Defendants, respectively, that:

1. Defendants' time to answer the Complaint in this action be and hereby is extended on consent of all parties up to and including March 1, 2013; and

2. Defendants will not oppose any future applications by Plaintiffs to amend the Complaint to add causes of action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, on behalf of Plaintiffs Ursula Izurieta and Karin Danza.

Melville, New York
Dated: January __, 2013
**JACKSON LEWIS LLP**
Attorney for Defendants

By: _____
Paul J. Siegel, Esq.
58 South Service Road, Suite 410
Melville, NY 11747
(631) 247-0404
siegelp@jacksonlewis.com

New York, New York
Dated: January 25, 2013
**THOMPSON WIGDOR LLP**
Attorneys for Plaintiffs

By: _____
Lawrence M. Pearson, Esq.
85 Fifth Avenue
New York, New York 10003
(212) 257-6800
lpearson@thompsonwigdor.com